No. 6,007. — BERTHA WOLF MORRIS, APPELLANT, *v.* HENRY MORRIS, RESPONDENT.

*Appeal from District Court, Park County; Robert C. Stong, Judge Presiding.*

Decided March 7, 1927.

PER CURIAM.—Pursuant to *praecipe* of counsel for appellant, the appeal in this cause is dismissed.

*Mr. Frank Arnold,* for Appellant.

*Messrs. Miller & O'Connor,* for Respondent.

---

No. 6,068 — JOHN ROEMPP, RESPONDENT, *v.* PHILIP MOCKEL, APPELLANT.

*Appeal from District Court, Gallatin County; Ben B. Law, Judge.*

Decided March 7, 1927.

PER CURIAM.—On motion of counsel for appellant, the appeal herein is dismissed as settled.

*Mr. Frank T. Hooks,* for Appellant.

*Mr. Herbert D. Bath* and *Mr. Edward Horsky,* for Respondent.